PROB 12E
(TXN 8/2005)

# United States District Court

for

Northern District of Texas

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
**FILED**
FEB 2 3 2011
CLERK, U.S. DISTRICT COURT
By _____ Deputy

### Report on Offender Under Supervision - Court Decision Requested

Name of Offender: <u>Sridhar Iyer</u>  Case No: <u>3:10-CR-009-N(01)</u>

Name of Sentencing Judicial Officer: <u>U.S. District Judge David C. Godbey</u>

Date of Original Sentence: <u>November 1, 2010</u>

Original Offense: <u>Misapplication of Federal Program Funds and Aiding and Abetting, 18 USC §§ 666(a)(1)(A) & 2</u>

Original Sentence: <u>2-years probation</u>

Type of Supervision: <u>Probation</u>   Date Supervision Commenced: <u>November 1, 2010</u>

Assistant U.S. Attorney: <u>Josrph M. Revesz</u>   Defense Attorney: <u>WIlliam Kim Wade (Retained)</u>

---

### NOTIFICATION TO THE COURT FOR CAUSE AS FOLLOWS:

**I.**

The following information/request is being presented for the Court's review and decision:

Mr. Iyer has submitted a request for permission to travel to India for family reasons. He has requested permission to travel to attend the funeral of his mother who recently passed away from cancer. In addition, Mr. Iyer has requested that his passport be released from the United States District Clerk's Office so that he can use it for this international travel. In accordance with the policy guidelines regarding travel outside the United States, the request is referred to the Court for consideration. Mr. Iyer is being supervised in the Eastern District of Texas and appears to be in compliance with his conditions of probation. He has satisfied all Court ordered financial obligations.

**II.**

The probation officer recommends the following action for the Court to consider:

In view of Mr. Iyer's compliance with the terms of probation and payment of his Court ordered financial

PROB 12E
Sridhar Iyer
Report on Offender Under Supervision - Court Decision Requested

Page 2

obligations, it is respectfully recommended that Mr. Iyer's passport be released and that the requested travel be approved.

Respectfully submitted,

_____
Colleen Harpe
Senior U.S. Probation Officer
Garland, Texas
972-864-8503, Ext. 222
Fax: 972-840-6334

Approved,

_____
Rollin Morris
Supervising U.S. Probation Officer
972-864-8503

I declare under penalty of perjury that the foregoing is true and correct.

_____
Colleen Harpe
Senior U.S. Probation Officer

Signed on  2-18-2011
                    Date

---

THE COURT:

[X] Agrees with the recommendation of the probation officer.
[ ] Directs the probation officer to submit a request for modifying the conditions or term of supervision.
[ ] Directs the probation officer to submit a request for a warrant or summons.
[ ] Other.

_____
David C. Godbey
U.S. District Judge

2/23/11
Date

CH/cc